THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MIRA VISTA VILLAS, L.L.C., | § | CASE NO. 10-42223 -11 |
| | § | |
| Debtor, | § | |
| | § | |
| | § | |
| MIRA VISTA OAK GATE, L.L.C., | § | CASE NO. 10-42224-11 |
| | § | |
| Debtor. | § | Jointly administered under |
| | § | CASE NO. 10-42223-11 |

## NOTICE OF CONTINUED HEARING

PLEASE BE ADVISED that the United State Bankruptcy Court for the Eastern District of Texas, Plano Division, has continued the hearing originally set before the Honorable Brenda T. Rhoades, United States Bankruptcy Judge, for January 24, 2011 at 10:45 a.m. to **February 3, 2011 at 9:00 a.m.**, Wells Fargo Bank Building, 660 North Central Expressway, Suite 300B, Plano, Texas 75074, at which time the court will consider the following pleadings:

(a)  Debtors' *First Amended Joint Plan of Reorganization* [**Docket 139**];

(b)  Lender's *Motion for Rehearing or Reconsideration of Ruling on "Debtors' Amended Motion for An Order Authorizing the Use of Cash Collateral for Legal Fees and Expenses Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001 (B)"* [**Docket 161**];

(c)  Lender's *Motion to Establish Value of Collateral and to Determine Post-Petition Interest and Attorney's Fees* [**Docket 165**]; and

(d)  *Debtors' Objection to Claim of CF CB Lender, LLC* [**Docket 170**].

Of this Notice take due regard.

Dated: January 20, 2011                           Respectfully submitted,

                                                   /s/ Vickie L. Driver
                                                  Vickie L. Driver
                                                  State Bar No. 24026886
                                                  Alexandra P. Olenczuk
                                                  State Bar No. 24033924
                                                  Courtney J. Hull
                                                  State Bar No. 24061297
                                                  **Coffin & Driver, PLLC**
                                                  7557 Rambler Road, Suite 110
                                                  Dallas, Texas 75231
                                                  Telephone: 214.377.4848
                                                  Facsimile: 214.377.4858
                                                  Email: vdriver@coffindriverlaw.com
                                                  Email: aolenczuk@coffindriverlaw.com
                                                  Email: chull@coffindriverlaw.com

                                                  **COUNSEL FOR DEBTOR**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on January 20, 2011 I caused to be served the foregoing notice upon the parties on the Master Mailing Matrix via the Court's electronic transmission facilities and/or United States mail, first class delivery.

                                                  /s/ Vickie L. Driver
                                                  Vickie L. Driver